UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20249-CIV-HOEVELER

IGNACIO LAINEZ,

Plaintiff,

v.

FRANCIS ENGINEERING, INC.,

Defendant.
_____/

## ORDER DENYING, WITHOUT PREJUDICE, MOTION FOR SUMMARY JUDGMENT

THIS CAUSE comes before the Court on the Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment. This case was filed in state court under the Fair Labor Standards Act (FLSA), 29, U.S.C. § 201 et seq. Defendant removed the case to federal court and seeks dismissal or the entry of summary judgment, arguing that the FLSA does not govern this action, i.e., that there is no subject matter jurisdiction, and, moreover, that Plaintiff was compensated for any overtime worked.

The Court has reviewed the motion to dismiss and/or for summary judgment, and notes that Plaintiff has responded to the motion for summary judgment, seeking permission to conduct discovery on the issue of whether the FLSA applies. While the Court finds merit in Defendant's arguments regarding the payment of all allegedly owed overtime, and finds Plaintiff's statements on that issue to be internally inconsistent, it nevertheless appears that a limited amount of discovery would assist the Court in ruling on the motion for summary judgment as to whether the FLSA applies to this matter in

the first instance. For the FLSA to apply, according to 29 U.S.C. § 207(a)(1), it must be demonstrated that either Defendant or Plaintiff engaged in commerce or in the production of goods for commerce. To be clear, the discovery at this stage shall be limited to the question of whether the statements submitted by Defendant and Plaintiff are accurate as to the alleged connection, or lack thereof, to interstate commerce such that either individual or enterprise coverage under the FLSA applies.

Based on the above, the Court hereby DENIES the motion for summary judgment, without prejudice to renew upon the completion of this limited and brief discovery period. The parties shall have thirty (30) days in which to conduct discovery on the question of whether this action is subject to the FLSA. Further, the Motion to Dismiss is DENIED, in light of the Court's decision to permit limited discovery and subsequently consider this matter on a renewed motion for summary judgment.

DONE AND ORDERED in Chambers in Miami this 1st day of July 2008.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

Copies furnished:
Lawrence J. McGuinness
Chris Kleppin

2